April 03, 2009

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042
Mr. Bruce S. Powers
Assistant County Attorney
1019 Congress, 15th Floor
Houston, TX 77002

RE: Case Number: 06-0933
 Court of Appeals Number: 01-05-00668-CV
 Trial Court Number: 807,506

Style: SOUTHWESTERN BELL TELEPHONE, L.P., D/B/A SBC TEXAS
 v.
 HARRIS COUNTY TOLL ROAD AUTHORITY AND HARRIS COUNTY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Beverly Kaufman |
| |Mr. David J. Schenck |
| |Mr. Daniel L. Geyser |